IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XIANGXIN LIU,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br><br>                Defendants. | Civil Action No. 1:24-cv-00107<br><br>Judge John F. Kness |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

      Plaintiff Xiangxin Liu ("Plaintiff") files this Motion For Leave to File Under Seal the following documents under seal: (1) Plaintiff's *Ex Parte* Motion for Entry of a Sealed Temporary Restraining order (the "TRO Motion"); (2) Plaintiff's memorandum in support of its TRO Motion; and (3) Schedule A, Exhibits 1-17, and supporting Declaration of Xiangxin Liu to Plaintiff's TRO Motion. In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for design patent infringement.

      Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

DATED January 4, 2024.  Respectfully submitted,

By: */s/ Steven G. Kalberg*
David R. Bennett
Steven G. Kalberg
**DIRECTION IP LAW**
P.O. Box 14184
Chicago, Illinois 60614
Tel: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Counsel for Plaintiff Xiangxin Liu*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Steven G. Kalberg*
Steven G. Kalberg